# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0459
Lower Tribunal No. 2020-CA-003413

_____

CITY OF LAKELAND,

Appellant,

v.

MEXCYE ROBERTS,

Appellee.

_____

Appeals pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
Reinaldo Ojeda, Judge.

October 7, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Douglas M. Fraley, of Molhem & Fraley, P.A., Tampa, for Appellant.

Jennifer Seymore, of Seymore Justice, Tallahassee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED